UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC SCRIPTING PRODUCTS, INC.,

        Plaintiff,

v.

HTC AMERICA INC.,

        Defendant.

Case No. 17-cv-05806-RS

**ORDER REGARDING STIPULATION**

Plaintiff and non-party Valve Corporation have presented to the undersigned a stipulation seeking to extend Valve's deadline to file a motion to preserve certain confidentiality designations it made under the protective order in this case. Such extensions are within the purview of the magistrate judge to whom such motions have been referred, who may act on the stipulation within his discretion.

Plaintiff and Valve are advised, however, that to the extent they believe a ruling on the sealing motion filed in connection with defendant's pending motion for summary judgment would have a bearing on their disputes over the confidentiality designations, (1) the propriety of confidentiality designations and question of what materials in the court record may be sealed may be interrelated but ultimately are separate inquiries, and (2) sealing motions most typically are not decided prior to issuance of a ruling on the merits of the associated substantive motion.

**IT IS SO ORDERED**.

Dated: September 1, 2021

_____
RICHARD SEEBORG
Chief United States District Judge