UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC SCRIPTING PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA INC., <br><br> Defendant. | Case No. 17-cv-05806-RS <br><br> **JUDGMENT** |

Pursuant to the order granting defendant's motion for summary judgment entered this date, judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED**.

Dated: January 14, 2022

_____
RICHARD SEEBORG
Chief United States District Judge